| | |
|---|---|
| ROBERT GENE BAILEY,<br>        Plaintiff, | )<br>)<br>) |
| v. | )   **JUDGMENT**<br>)<br>)   No. 5:13-CV-395-F<br>) |
| WILLIAM C. TOMAN, JR., R.M. ASHLEY<br>K.D. MACKEY, P.J. GRAHAM, RON<br>SMITH, UNKNOWN FEMALE OFFICER,<br>C.C. BLAKE, JOSEPH GARDNER,<br>        Defendants. | )<br>)<br>)<br>)<br>) |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the complaint in this matter does not contain allegations suggesting that the Plaintiff is in any such danger. Accordingly, pursuant to 28 U.S.C. § 1915(g), this action is DISMISSED. The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on July 1, 2013, and Copies To:**

Robert Gene Bailey (#0014848, Hyde Correctional Institution, P.O. Box 278, Swan Quarter, NC 27885)

| | |
|---|---|
| DATE<br>July 1, 2013 | JULIE A. RICHARDS, CLERK<br>/s/ Susan K. Edwards<br>(By) Susan K. Edwards, Deputy Clerk |